1  David A. Lowe (State Bar #178811)
       dal@reztlaw.com
2  Patrice L. Goldman (State Bar #142855)
       plg@reztlaw.com
3  Rudy, Exelrod & Zieff, LLP
   351 California Street, Suite 700
4  San Francisco, CA 94104
   Telephone:    (415) 434-9800
5  Facsimile:    (415) 434-0513

6

   Attorneys for Plaintiff DEBRA MUHL

7

8            UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  DEBRA MUHL, | CASE NO. C 07-00431 MMC |
| 11           Plaintiff, | JOINT STIPULATION FOR |
| 12  vs. | DISMISSAL AND [PROPOSED] ORDER |
| 13  SUTTER HEALTH, | |
| 14           Defendant. | |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their designated
2   counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3   FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: March 22, 2007

RUDY, EXELROD & ZIEFF, LLP

By: _____
PATRICE L. GOLDMAN

Attorneys for Plaintiff DEBRA MUHL

DATE: 4/2/07

KAUFF McCLAIN & McGUIRE LLP

By: _____
MAUREEN E. McCLAIN
ALEX HERNAEZ
MATTHEW P. VANDALL

Attorneys for Defendant
SUTTER HEALTH

### [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: April 2, 2007

_____
HONORABLE MAXINE M. CHESNEY